UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rodriguez,

Plaintiff,

-against-,

CVS Pharmacy Inc. et al,

Defendants.

No. 26-cv-9397 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

The Court is in receipt of the Defendants' answer. (ECF No. 8) The Court directs the parties to submit a proposed joint Case Management Plan and Scheduling Order (blank form attached hereto) by November 30, 2026. After review and approval of the Scheduling Order, the Court will issue an Order of Reference to Magistrate Judge Andrew E. Krause for general pretrial purposes. The parties are directed to contact Judge Krause within seven (7) business days of the date of the Order of Reference to schedule a conference.

Dated: November 10, 2026
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

Rev. Jan. 2012

Plaintiff(s),

- against -

Defendant(s).

----------------------------------------------------------x

**CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

______ CV ___________ (NSR)

This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [consent] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [is] [is not] to be tried to a jury.

3. Joinder of additional parties must be accomplished by ______________________.

4. Amended pleadings may be filed until ____________________.

5. Interrogatories shall be served no later than __________________, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than ___________________.

7. Non-expert depositions shall be completed by ____________________________.

   a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

   b. Depositions shall proceed concurrently.

   c. Whenever possible, unless counsel agree otherwise or the Court so orders,

non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than ________________________.

9. Requests to Admit, if any, shall be served no later than ________________________.

10. Expert reports shall be served no later than ________________________.

11. Rebuttal expert reports shall be served no later than ________________________.

12. Expert depositions shall be completed by ________________________.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** ________________________.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. ________________________.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for ________________________, at _____________. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: White Plains, New York

_________________________

_________________________________

Nelson S. Román, U.S. District Judge